IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                        Case No: 5:87cr5023/RV

JAMES WILLIAM MUNSON,
        Defendant.
_____/

## ORDER

        This cause is before the court on Defendant's notice of appeal and motion to proceed in forma pauperis on appeal (Docs. 146, 147).  Pursuant to 28 U.S.C. § 1915(a)(3) and Rule 24(a) of the Federal Rules of Appellate Procedure, this court hereby certifies that this appeal is not taken in good faith, and Defendant is not entitled to proceed in forma pauperis on appeal.  The reasons for this court's decision are outlined in this court's order dated May 8, 2008 (Doc. 145).

        Accordingly, it is **ORDERED**:

        Defendant's motion to proceed in forma pauperis on appeal (Doc. 147) is **DENIED**. Defendant shall pay the $455.00 filing fee within **THIRTY (30) DAYS** from the date of docketing of this order.

        **DONE AND ORDERED** this 27th day of June 2008.


                        /s/ *Roger Vinson*_____
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**