**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    v.                                                                                   CASE NO. 87-05023-RV

JAMES WILLIAM MUNSON, a/k/a
JOHN MUNSON

        Defendant.
_____/

## ORDER

        This cause came before the court on the government's petition for a violation of supervised release (doc. 184), and on the defendant's motion to modify or delete conditions of conditional discharge (doc. 180). A hearing was held in this matter on October 20, 2010. After considering the arguments presented during the hearing, and after my review of the facts of this case and otherwise being well acquainted with its very long history, I have determined --- and the government, the defendant, defense counsel, and the probation department all agree --- that nothing useful will be accomplished by continued supervision of the defendant.

        Accordingly, the defendant's supervised release is hereby TERMINATED, and the Clerk is directed to close this matter.

        DONE AND ORDERED this 21st day of October, 2010.

                                                /s/ *Roger Vinson*
                                                ROGER VINSON
                                                Senior United States District Judge